UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 15 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, AND HARRY CAVAZOS,<br>   Plaintiffs, | § § § § § § | |
| v. | § § | CIVIL ACTION NO. _____ B-01-190 |
| JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION, AND THE TEXAS EDUCATION AGENCY,<br>   Defendants. | § § § § | |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

JEFF A. ARMSTRONG files his motion for leave to appear *pro hac vice* in this case, and respectfully moves this Court to allow him leave to appear *pro hac vice* as counsel on behalf of Defendants JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION, AND THE TEXAS EDUCATION AGENCY, pursuant to Local Rule 1k.

Mr. Armstrong is an attorney employed by the Office of the Attorney General of Texas and has been licensed to practice in the State of Texas since November 1982. He is a member in good standing of the State Bar of Texas. He has read and become familiar with the Local Rules of this Court and will abide by and comply with the Rules of Discipline of this Court.

ACCORDINGLY, Jeff A. Armstrong respectfully requests that the Court grant this motion and allow him leave to appear *pro hac vice* for purposes of this proceeding as counsel on behalf of Defendants JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION, AND THE TEXAS EDUCATION AGENCY.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

TONI HUNTER, Chief
General Litigation Division

_____
JEFF A. ARMSTRONG
Assistant Attorney General
Attorney in Charge
Texas Bar No. 01321050
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone No. (512) 463-2120
Fax No. (512) 320-0667

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via U.S. Mail on November 14, 2001 to:

Gustavo L. Acevedo, Jr.
1906 Tesoro Boulevard
Pharr, Texas 787577

_____
JEFF A. ARMSTRONG

UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, AND HARRY CAVAZOS,<br>    *Plaintiffs*,<br><br>v.<br><br>JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION, AND THE TEXAS EDUCATION AGENCY,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | B-01-190<br><br>CIVIL ACTION NO. _____ |

## ORDER GRANTING LEAVE TO APPEAR *PRO HAC VICE*

Before the Court is the Motion for Leave to Appear *Pro Hac Vice* filed by Jeff A. Armstrong. The Court is of the opinion that said motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Jeff A. Armstrong be and is hereby granted leave to appear in this matter *pro hac vice* to represent Defendants in this case.

SIGNED on this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 15 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, AND VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES, *Plaintiffs*, | § § § § § § § § | CIVIL ACTION NO. B-01-190 |
| v. | § § | |
| JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION, AND THE TEXAS EDUCATION AGENCY, *Defendants*. | § § § § § | |

## LIST OF ALL COUNSEL OF RECORD

Plaintiffs' Counsel:

    Gustavo L. Acevedo, Jr.
    Gilbert L. Vasquez
    1906 Tesoro Boulevard
    Pharr, TX 78577
    956-783-7880
    956-783-7884 FAX

Defendants' Counsel:

    Jeff A. Armstrong
    Assistant Attorney General
    General Litigation Division
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    512/463-2120
    512/320-0667 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, AND VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES, *Plaintiffs*, | § § § § § § § § | |
| v. | § § § | CIVIL ACTION NO. B-01-190 |
| JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION, AND THE TEXAS EDUCATION AGENCY, *Defendants*. | § § § § § § | |

United States District Court
Southern District of Texas
FILED

NOV 15 2001

Michael N. Milby
Clerk of Court

## INDEX OF MATTERS BEING FILED

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

The following pleadings and other documents were filed by the parties in the state court action, *Raymondville Independent School District, et al. v. Jim Nelson, in his official capacity as Commissioner of Education, and the Texas Education Agency*, Cause No. 01-349, filed in the 107th Judicial District of Willacy County, Texas.

1. Plaintiff's Original Petition for Declaratory Judgment, Request for Temporary Restraining Order and Injunction, filed in state court November 9, 2001.

2. Ex Parte Temporary Restraining Order and Notice to Appear, issued by state court on November 9, 2001.

3. Bond granting Temporary Restraining Order, filed November 9, 2001.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

TONI HUNTER, Chief
General Litigation Division

_____
JEFF A. ARMSTRONG
Assistant Attorney General
Attorney in Charge
Texas Bar No. 01321050
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone No. (512) 463-2120
Fax No. (512) 320-0667

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via certified mail, return receipt requested on November 14, 2001, to:

Gustavo L. Acevedo, Jr.
Attorney at Law
1906 Tesoro Blvd
Pharr, TX 78577

_____
JEFF A. ARMSTRONG
Assistant Attorney General