UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 2 0 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

B - 01 - 190

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, AND HARRY CAVAZOS, <br>     *Plaintiffs*, <br><br> v. <br><br> JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION, AND THE TEXAS EDUCATION AGENCY, <br>     *Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO. _____ |

## ORDER GRANTING LEAVE TO APPEAR *PRO HAC VICE*

(DOCKET NO. 2)

Before the Court is the Motion for Leave to Appear *Pro Hac Vice* filed by Jeff A. Armstrong.

The Court is of the opinion that said motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Jeff A. Armstrong be and is hereby granted leave to appear in this matter *pro hac vice* to represent Defendants in this case.

SIGNED on this 20TH day of NOVEMBER, 2001.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE