UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, AND VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES, *Plaintiffs*, <br><br> v. <br><br> JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY, *Defendants*. | § § § § § § § § § § § § § § § § |

CIVIL ACTION No. B-01-0190

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS/ENTITIES

TO THE HONORABLE JOHN WILLIAM BLACK:

NOW COME, Defendants pursuant to the Court's Order for Conference and Disclosure of Interested Parties filed November 15, 2001, and certify to the Court that to the best of the knowledge of Defendants, the only persons/entity that are financially interested in the outcome of this litigation are the parties to this litigation, as shown in the style of the case.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

TONI HUNTER, Chief
General Litigation Division

*signature: Jeff A. Armstrong*
JEFF A. ARMSTRONG
Texas Bar No. 01321050
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, Jeff A. Armstrong, do hereby certify that a true and correct copy of the above and foregoing document was on this 11th day of December, 2001 sent via regular mail to:

Gustavo L. Acevedo, Jr.
Attorney at Law
1906 Tesoro Boulevard
Pharr, TX 78577

*signature: Jeff A. Armstrong*
JEFF A. ARMSTRONG
Assistant Attorney General