8

United States District Court
Southern District of Texas
FILED

DEC 1 2 2001

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, and VICTOR RUBALCABA, OSCAR GUTIERREZ JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES,** **Plaintiffs** | § | |
| **vs.** | § | **CIVIL ACTION NO. B-01-190** |
| **JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY** **Defendants** | § | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

**TO THE HONORABLE JUDGE OF THIS COURT:**

Plaintiffs, Raymondville Independent School District and Victor Rubalcaba, Oscar Gutierrez, John Kellogg, Ray Solis, Harry Cavazos, Individually and in their Official Capacity as Members of the Board of Trustees file this their Certificate Of Interested Parties and in support thereof would show as follows:

**I.**

**INTERESTED PARTIES**

The interested parties are as follows:

1. Raymondville Independent School District;

2. Victor Rubalcaba, Individually and in his Official Capacity as Members of the Board of Trustees;

3. Oscar Gutierrez, Individually and in his Official Capacity as Members of the Board of Trustees;

4. John Kellogg, Individually and in his Official Capacity as Members of the Board of Trustees;

5. Ray Solis, Individually and in his Official Capacity as Members of the Board of Trustees;

6. Harry Cavazos, Individually and in his Official Capacity as Members of the Board of Trustees.

**WHEREFORE**, Plaintiffs submit this their Certificate of Interested Parties.

Respectfully submitted,

GUSTAVO L. ACEVEDO, JR.
Federal Bar No. 10810
Attorney at Law
1906 Tesoro Blvd.
Telephone: (956) 783-7880
Facsimile:  (956) 783-7884

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 11th day of December, 2001, a true and correct copy of the forgoing instrument has been forwarded via certified mail, return request receipt and via facsimile to the following attorneys of record:

**CMRRR # 7000 1530 0005 0023 8349**
**FACSIMILE (512) 320-0667**

    Mr. Jeff A. Armstrong
    Assistant Attorney General
    Attorney in Charge
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711

    **ATTORNEY FOR DEFENDANTS**

_____
GUSTAVO L. ACEVEDO, JR.