11

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAYMONDVILLE INDEPENDENT § <br> SCHOOL DISTRICT, AND § <br> VICTOR RUBALCABA, OSCAR § <br> GUTIERREZ, JOHN KELLOGG, RAY § <br> SOLIS, HARRY CAVAZOS, § <br> INDIVIDUALLY AND IN THEIR § <br> OFFICIAL CAPACITY AS MEMBERS § <br> OF THE BOARD OF TRUSTEES, § <br>     PLAINTIFFS § <br> § <br> V. § <br> § <br> JIM NELSON, IN HIS OFFICIAL § <br> CAPACITY AS COMMISSIONER OF § <br> EDUCATION AND THE TEXAS § <br> EDUCATION AGENCY § <br>     DEFENDANTS § | CIVIL ACTION NO. B-01-0190 |

## PLAINTIFFS' MOTION TO COMPEL MEDIATION

COMES NOW, Plaintiffs' Raymondville Independent School District, and file this their Plaintiffs' Motion To Compel Mediation and support thereof would show as follows:

I.

Plaintiffs have brought action against the Commissioner of Education and the Texas Education Agency complaining of the Commissioner's actions in the appointment of a monitor at Raymondville I.S.D. The principle remedy requested in Plaintiffs' complaint is the opportunity to be heard prior to the imposition of a monitor which the Plaintiff's have to pay for.

II.

Plaintiffs believe that if the Defendants would consent to a meeting, it is possible that this entire matter could be resolved. Defendants have insisted that the Plaintiffs accept appointment of a monitor prior to the scheduling of any meetings. This position completely ignores the fundamental

basis for Plaintiffs' complaint and fails to take into consideration that such a condition would make Plaintiffs' case substantially moot.

### III.

Therefore, Plaintiffs respectfully request the Court grant Plaintiffs' Motion To Compel Mediation and order that the mediation be held within the next thirty (30) days.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respect/request that Plaintiffs' Motion To Compel Mediation be granted and that mediation be ordered to be held within the next thirty (30) days.

Respectfully submitted,

GUSTAVO L. ACEVEDO, JR.
Attorney At Law
1906 Tesoro Blvd.
Pharr, Texas 78577
Telephone: (956) 783-7880
Facsimile: (956) 783-7884

BY: _____
**GUSTAVO L. ACEVEDO, JR.**
State Bar No. 00829805

GILBERT L. VASQUEZ
The Vasquez Law Firm

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs has conferred with counsel for the Defendant and counsel for Defendant has stated that his client will not consent to any meetings until the Plaintiffs first agree to the appointment of a monitor. The affect of this condition is to essentially negate and make moot a substantial portion of Plaintiffs' complaint. Therefore, the affect of the condition is to essentially refuse to meet until so ordered by this Court.

On this the 8th day of January, 2002.

_____
GUSTAVO L. ACEVEDO, JR.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was forwarded to the following attorney of record via certified mail, return receipt requested and via facsimile.

CM RRR 7000 1530 0005 0023 6567

Jeff A. Armstrong
Assistant Attorney General
Office of the Attorney General
P. O. Box 12548
Austin, Texas 78711-2548
(512) 320-0667

On this the 8th day of January, 2002.

_____
GUSTAVO L. ACEVEDO, JR.

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, AND VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES,     PLAINTIFFS | § § § § § § § § § § | |
| V. | § § | CIVIL ACTION NO. B-01-0190 |
| JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY     DEFENDANTS | § § § § § § | |

## ORDER GRANTING MOTION TO COMPEL MEDIATION

On this ____ day of _____, 2002 came on to be heard Plaintiff's Motion to Compel Mediation. The court having heard the arguments of counsel is of the opinion that this motion should be GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Gustavo L. Acevedo, Jr., Attorney at Law, 1906 Tesor Boulevard, Pharr, Texas 78577
Hon. Jeff Armstrong, Asst. Attorney General, Office of the Attorney General, P.O. Box 12548, Austin, Texas 78711

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, and VICTOR RUBALCABA, OSCAR GUTIERREZ JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES,<br>    Plaintiffs<br><br>vs.<br><br>JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY<br>    Defendants | §§§§§§§§§§§§§§§§ | CIVIL ACTION NO. B-01-0190 |

## ORDER SETTING HEARING FOR MEDIATION

The above styled and numbered cause having been presented to me and a request made for hearing thereon, the same is hereby set for hearing at _____ o'clock \_\_\_\_\_m. on the _____ day of _____, 2002, in the United States District Court for the Southern District of Texas, Brownsville Division.

  **SIGNED and ORDERED** entered this the _____ day of January, 2002.

                    _____
                    **UNITED STATES MAGISTRATE JUDGE**

Copies to:

Hon. Gustavo L. Acevedo, Jr., Attorney at Law, 1906 Tesor Boulevard, Pharr, Texas 78577
Hon. Jeff Armstrong, Asst. Attorney General, Office of the Attorney General, P.O. Box 12548, Austin, Texas 78711