United States District Court
Southern District of Texas
FILED

JAN 0 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, and VICTOR RUBALCABA, OSCAR GUTIERREZ JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES,<br>　　　　Plaintiffs<br><br>vs.<br><br>JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY<br>　　　　Defendants | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-01-190 |

## PLAINTIFFS' MOTION FOR HEARING ON TEMPORARY INJUNCTION

**COMES NOW**, Plaintiffs, Raymondville I.S.D., et al, and files this their Motion for Hearing on Temporary Injunction and in support thereof would show as follows:

I.

1.　On October 11, 2001, Defendant, Jim Nelson, in his capacity as Commissioner of Education, appointed a monitor to oversee the operation of Plaintiff, Raymondville I.S.D. and review the performance of Plaintiffs' Board of Trustees. The Commissioner appointed a Monitor as a sanction against Plaintiffs for allegedly violating unwritten, uncodified rules regarding Board member conduct.

2.　On November 9, 2001, Plaintiffs obtained a Temporary Restraining Order preventing the imposition of a monitor until a hearing could be held on Plaintiffs' Motion for Temporary Injunction. Prior to that hearing, Defendants removed this matter to Federal Court where it is currently pending.

The Temporary Restraining Order expired on or about November 22, 2001.

3.   Defendants have informed Plaintiffs that unless this Court issues an order to the contrary, the Texas Education Agency will send a Monitor to the Raymondville I.S.D. on January 22, 2002. Plaintiffs therefore request a hearing on Plaintiffs' Request for Temporary Injunction on or before January 22, 2002.

## II.

4.   Plaintiffs allege that they will suffer irreparable harm if a Temporary Injunction is not issued in this case. The Plaintiffs are alleging that the imposition of a Monitor violates their right to represent their constituency in violation of state and federal laws and constitutions. Plaintiffs allege that as long as they are not violating any laws, their right to represent their constituency should not be infringed upon. The sanction of a Monitor is just such an infringement. Permitting the imposition of a Monitor would constitute an irreparable violation of Plaintiffs' rights.

## III.

5.   Counsel for Plaintiffs has conferred with counsel for Defendants. Because an evidentiary hearing will require witnesses to travel from Austin, Texas, the parties respectfully request that this matter be set for either January 14, 2002, or January 15, 2002. Additionally, the parties request that Defendants' Motion to Dismiss be heard either prior to or at the Temporary Injunction Hearing.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that Plaintiffs' Motion for Hearing on Temporary Injunction be GRANTED and that this matter be set for hearing on or before January 22, 2002 (preferably, with the Court's indulgence on either January 14, 2002 or January 15, 2002.

Respectfully submitted,

GUSTAVO L. ACEVEDO, JR.
Attorney at Law
1906 Tesoro Blvd.
Telephone: (956) 783-7880
Facsimile: (956) 783-7884

_____
GUSTAVO L. ACEVEDO, JR.
Federal Bar No. 10810

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs has conferred with counsel for Defendants and the parties are in agreement that a hearing is necessary on this matter since Defendants will not consent to a Temporary Injunction.

_____
GUSTAVO L. ACEVEDO, JR.

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 8th day of January, 2002, a true and correct copy of the foregoing document was forwarded via facsimile and U.S. certified mail, return, request, receipt to the following counsels of record:

**FACSIMILE (512) 320-0667**
**CMRRR 7000 1530 0005 0023 6567**
Mr. Jeff Armstrong
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

**ATTORNEY FOR DEFENDANTS**

_____
GUSTAVO L. ACEVEDO, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, and VICTOR RUBALCABA, OSCAR GUTIERREZ JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES,<br>            Plaintiffs<br><br>vs.<br><br>JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY<br>            Defendants | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-01-190 |

**ORDER SETTING HEARING ON PLAINTIFFS' MOTION
FOR HEARING FOR TEMPORARY INJUNCTION**

The above styled and numbered cause having been presented to me and a request made for hearing thereon, the same is hereby set for hearing at _____ o'clock _____ m. on the _____ day of January, 2002, in the in the United States District Court for the Southern District of Texas, Brownsville Division.

      **SIGNED and ORDERED** entered this the _____ day of January, 2002.


                                                              **UNITED STATES MAGISTRATE JUDGE**

Copies to:

Hon. Gustavo L. Acevedo, Jr., Attorney at Law, 1906 Tesor Boulevard, Pharr, Texas 78577
Hon. Jeff Armstrong, Asst. Attorney General, Office of the Attorney General, P.O. Box 12548, Austin, Texas 78711