13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, and VICTOR RUBALCABA, OSCAR GUTIERREZ JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES, Plaintiffs | § | |
| vs. | § | CIVIL ACTION NO. B-01-190 |
| JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY Defendants | § | |

**ORDER SETTING HEARING ON PLAINTIFFS' MOTION
FOR HEARING FOR TEMPORARY INJUNCTION**

The above styled and numbered cause having been presented to me and a request made for hearing thereon, the same is hereby set for hearing at _10:00_ o'clock _A._ m. on the _17TH_ day of January, 2002, in the in the United States District Court for the Southern District of Texas, Brownsville Division.

**SIGNED and ORDERED** entered this the _14_ day of January, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Gustavo L. Acevedo, Jr., Attorney at Law, 1906 Tesor Boulevard, Pharr, Texas 78577
Hon. Jeff Armstrong, Asst. Attorney General, Office of the Attorney General, P.O. Box 12548, Austin, Texas 78711