/4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, ET AL. § § § | |
| VS. § | CIVIL ACTION NO. B-01-190 |
| § | |
| JIM NELSON, ET AL. § | |

TYPE OF CASE        __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING.

**HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY INJUNCTION**

PLACE

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO·

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED

**JANUARY 17, 2002 AT 10:00 A.M.**

CONTINUED TO DATE AND TIME:

**JANUARY 24, 2002 AT 10:00 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 14, 2002

TO·     MR. GUSTAVO ACEVEDO, JR
        MR JEFF ARMSTRONG