15

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-01-190 |
| JIM NELSON, ET AL. | § § | |

TYPE OF CASE.   __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING·

**HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO·

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 24, 2002 AT 10:00 A.M.**

_____
JOHN WM. BLACK, U S MAGISTRATE JUDGE

DATE:   JANUARY 18, 2002

TO:   MR. GUSTAVO ACEVEDO, JR.
       MR. JEFF ARMSTRONG