*17*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2002

Michael N. Milby
Clerk of Court

*3*

RAYMONDVILLE INDEPENDENT SCHOOL     §
DISTRICT, AND VICTOR RUBALCABA,     §
OSCAR GUTIERREZ, JOHN KELLOGG, RAY  §
SOLIS, HARRY CAVAZOS, INDIVIDUALLY  §
AND IN THEIR OFFICIAL CAPACITY AS   §
MEMBERS OF THE BOARD OF TRUSTEES,   §
    *Plaintiffs*,                      §
                                 §            CIVIL ACTION NO. B-01-0190
                                 §
v.                                  §
                                 §
JIM NELSON, IN HIS OFFICIAL CAPACITY AS §
COMMISSIONER OF EDUCATION AND THE   §
TEXAS EDUCATION AGENCY,             §
    *Defendants*.                      §

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL MEDIATION

TO THE HONORABLE JUDGE OF THIS COURT:

    Defendants JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY, by and through their attorney of record, the Attorney General of Texas and the undersigned assistant attorney general, file their Response to Plaintiffs' Motion to Compel Mediation. Defendants would respectfully show this Court the following:

1.    In truth, Plaintiffs' Motion to Compel Mediation is nothing but an improper effort to obtain injunctive relief that Plaintiffs are not entitled to receive. Plaintiffs have sought, by every means available to them, to delay the beginning of the work of the monitor appointed by Commissioner Nelson. They have demonstrated that their desire is not mediation, but further delay.

2.    At no time has counsel for Plaintiffs ever mentioned mediation to counsel Defendants. Instead, soon after this case was removed to this Court, he suggested a meeting to discuss the reasons for appointment of the monitor. Counsel for Defendants made clear at that time that Defendants

would be happy to meet with Plaintiffs and discuss any issues, so long as the meeting did not delay the monitor's work at Raymondville ISD.

3.      When Plaintiffs were informed that their suggestion of a meeting with Defendants would not achieve their goal of delaying the monitor, they lost interest in the meeting.  They now say that their case would be mooted if the meeting occurred after the monitor began his work, but they fail to explain this statement, which is plainly not correct.  Plaintiffs' claims have no merit, but if they did, then it would be a simple matter for the Court to order the monitor to stop his work and leave the district.

4.      Defendants remain willing to meet with Plaintiffs.  If necessary, Defendants would even consider mediation.  But if Defendants were to agree to mediation before the monitor begins his work, Plaintiffs undoubtedly would continue their delaying tactics and frustrate Defendants' efforts to ensure that Raymondville ISD is complying with state and federal laws that Defendants are charged with enforcing.   Already they have succeeded in delaying the monitor for months. Defendants urge the Court not to permit further delays which may compromise Defendants' oversight duties in Raymondville ISD and thereby harm the public interest.

        ACCORDINGLY, Defendants request that this Court deny the Motion and allow the parties, if necessary, to address the question of mediation at the Court's scheduling conference, already set for March 2002.

                            Respectfully submitted,

                            JOHN CORNYN
                            Attorney General of Texas

                            HOWARD G. BALDWIN, JR.
                            First Assistant Attorney General

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL MEDIATION                    *Page 2*

JEFFREY S. BOYD
Deputy Attorney General for Litigation

TONI HUNTER, Chief
General Litigation Division

_____
JEFF A. ARMSTRONG
Texas Bar No. 01321050
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX


ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

I, Jeff A. Armstrong, do hereby certify that a true and correct copy of the above and foregoing document was on this January 22, 2002 sent via certified mail, return receipt requested to:

Gustavo L. Acevedo, Jr.
Attorney at Law
1906 Tesoro Boulevard
Pharr, TX 78577

_____
JEFF A. ARMSTRONG
Assistant Attorney General


DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL MEDIATION                    *Page 3*