18

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT § <br> SCHOOL DISTRICT, AND § <br> VICTOR RUBALCABA, OSCAR § <br> GUTIERREZ, JOHN KELLOGG, RAY § <br> SOLIS, HARRY CAVAZOS, § <br> INDIVIDUALLY AND IN THEIR § <br> OFFICIAL CAPACITY AS MEMBERS § <br> OF THE BOARD OF TRUSTEES, § <br>     PLAINTIFFS § <br> § <br> V. § <br> § <br> JIM NELSON, IN HIS OFFICIAL § <br> CAPACITY AS COMMISSIONER OF § <br> EDUCATION AND THE TEXAS § <br> EDUCATION AGENCY § <br>     DEFENDANTS § | | CIVIL ACTION NO. B-01-0190 |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT**

**COMES NOW**, Plaintiffs', Raymondville Independent School District and Victor Rubalcaba, Oscar Gutierrez, John Kellogg, Ray Solis, Harry Cavazos, Individually and in their Official Capacity as Members of the Board of Trustees and file this their Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint and in support thereof would show as follows:

I.

1. On November 9, 2001, Plaintiffs' commenced action against Defendants in the state district court for the County of Hidalgo. Plaintiffs are seeking injunctive and declaratory relief from Defendants on the basis that Defendants have unconstitutionally infringed upon Plaintiffs' right to represent their constituency. Plaintiffs originally alleged that, in addition to violating the Texas

Constitution and Texas Law, Defendants violated the U.S. Constitution and the Federal Voting Rights Act.

2. Defendants filed a 12(b)(6) Motion on the basis that Plaintiffs have not properly plead claims under federal law. Plaintiffs now seek to amend their Complaint to allege claims arising under only Texas Law. Therefore, Defendants will not be prejudiced by Plaintiffs' amended pleadings because they are currently seeking dismissal of the claims Plaintiffs have dropped from their complaint.

3. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Walton v. Mental Health Ass'n*, 168 F.3d 661, 665 (3d Cir. 1999).

4. Plaintiffs are filing their amended pleading along with this motion.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs ask the Court to grant leave to file the amended pleading.

Respectfully submitted,

*/s/ Gustavo L. Acevedo, Jr.*
GUSTAVO L. ACEVEDO, JR.
State Bar No. 00829805
Attorney at Law
1906 Tesoro Blvd.
Telephone: (956) 783-7880
Facsimile: (956) 783-7884

*/s/ Gilbert Vasquez*
GILBERT L. VASQUEZ
State Bar No. 00797593

ATTORNEY'S FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

On this the 22nd day of January, 2002, the undersigned counsel for Plaintiff conferred with counsel for Defendants and he stated that he is opposed to this motion.

_____
GUSTAVO L. ACEVEDO, JR.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was forwarded to the following attorney of record via certified mail, return receipt requested and via facsimile.

**CM RRR 7000 1530 0005 0023 8578**

Jeff A. Armstrong
Assistant Attorney General
Office of the Attorney General
P. O. Box 12548
Austin, Texas  78711-2548
(512) 320-0667

On this the 22nd day of January, 2002.

_____
GUSTAVO L. ACEVEDO, JR.

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, AND VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES, PLAINTIFFS | § § § § § § § § § | |
| V. | § § § | CIVIL ACTION NO. B-01-0190 |
| JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY DEFENDANTS | § § § § § § | |

**ORDER**

On this the ___ day of January, 2002, came on to be heard Plaintiff's Motion for Leave to File Plaintiffs' First Amended Original Complaint. The Court is of the opinion that this Motion should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' First Amended Original Complaint be accepted for filing in this matter.

**SIGNED** on this the ____ day of _____, 2002.

_____
**U.S. MAGISTRATE JUDGE**