*19*

United States District Court
Southern District of Texas
FILED

JAN 2 4 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY INJUNCTION AND
HEARING ON DEFENDANTS'
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

CIVIL ACTION NO. B-01-190              DATE & TIME:   01-24-02 AT 10:00 A.M.

RAYMONDVILLE INDEPENDENT              PLAINTIFF(S)   GUSTAVO ACEVEDO, JR.
                                      COUNSEL

VS.

JIM NELSON, ET AL.                    DEFENDANT(S)   JEFF ARMSTRONG
                                      COUNSEL

---

ERO: Gabriel Mendieta
CSO: Emilio Escobedo

Attorneys Gustavo Acevedo, Jr., Jeff Armstrong and Ramiro Canales appeared.

Parties presented their cases. Judge Black agreed to a recess until 1:30 p.m. so parties could discuss case.

An agreement has been reached. Plaintiffs will agree to a Monitor at the schools.

An order of dismissal with prejudice will be filed.