21

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAN 25 2002

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, AND VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES, PLAINTIFFS | § § § § § § § § § | |
| V. | § § § | CIVIL ACTION NO. B-01-0190 |
| JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY DEFENDANTS | § § § § § § | |

ORDER

On this the 24th day of January, 2002, came on to be heard Plaintiff's Motion for Leave to (DOCKET NO. 18) File Plaintiffs' First Amended Original Complaint. The Court is of the opinion that this Motion should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' First Amended Original Complaint be accepted for filing in this matter.

**SIGNED** on this the 24th day of JANUARY, 2002.

U.S. MAGISTRATE JUDGE