UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, AND VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES, PLAINTIFFS § § § § § § § § § § | |
| V. § § | CIVIL ACTION NO. B-01-0190 |
| JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY DEFENDANTS § § § § § § | |

## MOTION TO DISMISS

COMES NOW, Plaintiffs Raymondville Independent School District, and Victor Rubalcaba, Oscar Gutierrez, John Kellogg, Ray Solis, Harry Cavazos, Individually and in their Official Capacity As Members of the Board of Trustees, and files this their Plaintiffs' Motion to Dismiss and in support thereof would show as follows:

1. The Parties have reached amicable resolution of this matter. Therefore, Plaintiffs' move to dismiss their complaint.

2. Defendants, who have answered, agree to the dismissal.

3. The Dismissal is with prejudice to the claims set forth in Plaintiffs' Complaint.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs respectfully request that Plaintiffs' Motion To Dismiss be granted.

Respectfully submitted,

GUSTAVO L. ACEVEDO, JR.
State Bar No. 00829805
Attorney at Law
1906 Tesoro Blvd.
Pharr, Texas   78577

Telephone: (956) 783-7880
Facsimile: (956) 783-7884

BY: _____
GUSTAVO L. ACEVEDO, JR.

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

On this the 29 day of January, 2002, the undersigned counsel for Plaintiff conferred with counsel for Defendants and he stated that he agrees to the dismissal.

_____
GUSTAVO L. ACEVEDO, JR.

# CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was forwarded to the following attorney of record via federal express and via facsimile.

Jeff A. Armstrong
Assistant Attorney General
Office of the Attorney General
P. O. Box 12548
Austin, Texas  78711-2548
(512) 320-0667

On this the 29 day of January, 2002.

GUSTAVO L. ACEVEDO, JR.

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, AND VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES, PLAINTIFFS | § § § § § § § § § § | CIVIL ACTION NO. B-01-0190 |
| V. | § § | |
| JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY DEFENDANTS | § § § § § | |

## ORDER ON MOTION TO DISMISS

After considering Plaintiffs' Motion To Dismiss the Court GRANTS the Motion and dismisses the case with prejudice.

**SIGNED** on this the _____ day of _____,2002.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
GUSTAVO L. ACEVEDO, JR.
Attorney for Plaintiffs'

_____
JEFF A. ARMSTRONG
Attorney for Defendants