23

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 0 1 2002

| | | |
|---|---|---|
| RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT, AND VICTOR RUBALCABA, OSCAR GUTIERREZ, JOHN KELLOGG, RAY SOLIS, HARRY CAVAZOS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD OF TRUSTEES, PLAINTIFFS | § | |
| V. | § | CIVIL ACTION NO. B-01-0190 |
| JIM NELSON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION AND THE TEXAS EDUCATION AGENCY DEFENDANTS | § | |

## ORDER ON MOTION TO DISMISS

After considering Plaintiffs' Motion To Dismiss the Court GRANTS the Motion and dismisses the case with prejudice.

**SIGNED** on this the **1st** day of **February**, 2002.

_____
U.S. DISTRICT JUDGE

**APPROVED & ENTRY REQUESTED:**

_____            _____
**GUSTAVO L. ACEVEDO, JR.**                **JEFF A. ARMSTRONG**
Attorney for Plaintiffs'                   Attorney for Defendants